

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00601-CR

Edwin **MEJIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0740
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on February 14, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court